(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

**UNITED STATES DISTRICT COURT**

**Southern District of Florida**

ORiginal

Case Number: _____

Jan. 19, 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

ELECTRONIC

_Robert Holt Jr_

_____

_____

_____

_____

(Enter above the full name of the plaintiff or plaintiffs in
this action.)

**10-CV-60074-Huck/White**

v.

_Barack Obama, President United States, Charlie_
_Crist Gov., Ken Keechi, Mayor, Bill McCullum-_
_Atty Gen. Michele Towbin-Singer, Judge, Michael J._
_Satz, state Atty seventeenth Cir. Howard Finkelstein,_
_Public Defender, David Weigel, Frank De La Torre_

(Enter above the full name of the defendant or defendants
in this action.) *in his/her Individual/or Personal Capacity*
*and Official Capacity.) Defendants*

**A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without
Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the
court and one copy for each defendant you name. For example, if you name two defendants, you must file the original
and three copies of the complaint (a total of four) with the court. Your should also keep an additional copy of the
complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms.
The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, use an
additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this
district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all
related to the same incident or issue.

There is a filing fee of $250.00 for this complaint to be filed. If you are unable to pay the filing fee and service
costs for this action, you may petition the court to proceed in forma pauperis.

(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

In addition, if the Judge directs the U.S. Marshal to serve the summons and complaint to teach defendant, the United States Marshal will require you to pay for the costs of this service.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I.     Previous Lawsuits

A.     Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ( )      No ( X )

B.     If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.     Parties to this previous lawsuit

Defendants: ~~Plaintiffs~~ Jeb Bush, Charlie Crist, Barry E. Krischer, Lucy Chernow Brown, Scott I. Suskauer, Lisa B. Viscome, Lisa Christine Faro, Bill McCollum

Plaintiffs: ~~Defendants~~ Robert Holt, Jr.

2.     Court (if federal court, name the district; if state court, name the county): Southern District

3.     Case Number: 05-80814

4.     Name of Judge to whom case was assigned: Kenneth L. Ryskamp and magistrate Judge Vitunac

5.     Disposition (for example: Was the case dismissed?; Was it appealed?; Is it still pending?):
Still pending before Judicial Conference Committee Office of General Counsel Administrative Office of the United States Courts one Columbus Circle NE Washington D.C. 20544

6.     Approximate date of filing lawsuit: Sept. 8, 2005

7.     Approximate date of disposition: still pending; Misc #110990040 Sept. 21, 2009

(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

II.    Place of present confinement: *Not Confined My Present Home Address is*
*805 NE 2nd ct. Boynton Beach Florida 33435-3164*

A.    Is there a prisoner grievance procedure in this institution?

Yes  ( )        No  ( )

B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes  (✓)        No  ( )

C.    If your answer is YES:

1.    What steps did you take? *I Filed Complaints with the Florida Bar, Filed complaint —*
*with my Attorney, Filed complaint with the Judge, Filed complaint with Florida*
*Judicial Qualification commission, I give notice of Filing Lawsuit*

2.    What was the result? *None to my Knowledge*

D.    If your answer is NO, explain why not:

III.   Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.    Name of plaintiff: *Robert Holt Jr.*
Address: *805 N.E. 2nd ct. Boynton Beach Florida 33435-3164*
*Ph (561) 742-5468   cell (561) 572-1641*

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B.    Defendant *Barack obama*
is employed as *President of the United States*
at *1600 pennsylvania av. NW washington D.C. 20500-0001*

Page 3 of 5

Additional Defendants Contenues

(7) Scott Janowitz, Asst. State Atty, Broward County central courthouse 201 S.E. 6th Street, Fort Lauderdale Fl. 33301-3395 (8) Sue Ann Nicole Robinson, Asst. State Atty. Broward county central courthouse 201 S.E 6th Street Ft. Lauderdale Fl. 33301-3395 (9) Ramon Ale Jardro Blanco Herrera, Asst. State Atty, Broward county central courthouse 201 S.E. 6th street Fort Lauderdale Fl. 33301-3395 (10). Howard Finkelstein, Chief Public Defender Broward county courthouse 201 S.E. 6th Street, Room 3881 Fort Lauderdale Fl. 33301-3395 (11) Frank De La Torre, Public Defender Supervisor, 201 SE 6 Street - Suite 3872 Fort Lauderdale, Fl. 33301-3395 3rd Floor Northwing (12) James R. Dunn, office of the Public Defender Broward County courthouse, 201 S.E. 6th St. Suite 3872, 3rd Floor, north wing Ft. Lauderdale Florida - 33301-3395 (13) Lisa Rhodes, Supervision Specialist Pretrial Division 540 S.E. 3rd Avenue, 201 Ft. Lauderdale, Fl. 33301-2919 (14). Debra A. Lesniak, Pretrial manager, 540 S.E. 3rd Ave 201 Fort Lauderdale Fl. 33301-2919 (15). Eric Holder, United States Attorney General, Department of Justice 950 Pennsylvania Ave NW Washington D.C. 20530-0001, Et. Al "in his/her Individual (or Personal capacity and official - capacity)

C.   Additional Defendants: Charlie Crist Governor state of Florida, the capital Bldg Tallahassee Florida 32399-1050 (3) Ken Keechi, Mayor of Ft. Lauderdale Fl. at the Broward County Governmental Center, 115 S. Andrews Av. Fort Lauderdale Fl. 33301 (4) Bill mccollum, Atty Gen. state of Florida, office of Attorney Gen. Pl-01 The capitol Tallahassee, Fl. 32399-1050 (5) Michele Towbin-singer, Judge, Broward County Central courthouse 201 S.E. 6th street Rm.6810 Ft. Lauderdale Fl. 33301-3395 (6). Michael J. SATZ, state Attorney, Broward County Central courthouse 20/S.E 6th street Ft. Laud. 33301-3395 cont'

IV.   Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach an additional blank page if necessary.)

The Facts of this case is the circuit Court of the seventeenth Judicial Circuit in and for Broward county state of Florida Lack of Jurisdiction over the subject matter; and Lack of Jurisdiction over Defendant Robert Holt Jr. committing a state Tort Law claim and constitutional violation to the United States constitutional amendments I, IV, V, VI, VII, VIII, IX, X, XIII, and XIV and provisions of the Constitution of state of Florida Article I sections 1, 2, 4, 5, 9 10, 12, 16, 17, 18, 19, 21, 23 see: Attached constitution of united states and Fla. Const. Article I. Fact this court has Interference with my Freedom of movement (2) Fact this court has misuse of the Legal Process in malicious Prosecution without Jurisdiction over Robert Holt Jr or subject matter. (3) interference with my Peace of mind (4) interference with my Privacy without a warrant (5). False Arrest (arrest without proper Legal Authority) False imprisonment (unlawful detention of the person of Robert Holt for any length of time whereby he is deprived of his personal Liberty" (6) Fact this case original was a D.U.I which was nolle Prosequi Exhibit # 2 However the case was refiled may 20, 2008 which Plaintiff was never rearrested Appeared in court 7-14-2008 before Judge Towbin-singer and Asst. State Attorney Sue-Ann Nicole Robinson, which the case was reset for 8-15 - 8-18-2008 because I had no Attorney this was for Jury trial cont'd on Added Page of 4-5

*p - 6 of 9*

## Facts Cont'd

On the Next court Date of 8-15-08 No Attorney before Judge Towbin-singer and Asst State Attorney Sue Ann Nicole Robinson Case was reset to 8-18-2008 From to 8-22-08 Exhibit #6 on 8-22-08 before Judge Towbin-singer Asst. State Attorney Ramon Ale Jandro-Blanco-Herrera introduce the upgrade Charges Exhibit# 7 which I made oral Objections too in Court so Judge Towbin was going to have me put in Jail Then Asst State Attorney scott M. Janowitz told the Judge to Put me on Pretrial Exhibit#8 Whereas I Filled a complaint with the bar and Judicial Commission Exhibit#9 on this same day Asst. Public Defender James Richard Dunn was Apointed to Represent me in the case #08-9559CF10A Exhibit #10 Exhibit#11 bar complaint, 12-13 Bar complaint, Exhibit complaint 14 Exhibit 15 letter to my Lawyer mR James R. Dunn. Exhibit 16, United States Constitution, Exhibit-17 State of Florida constitution (1-5) Exhibit (18) letter From mR Dunn of trial Date Exhibit 19 Judicial Commission letter of Judge Towbin-singer, Exhibit 20 bar complaint For scott m. Janowitz. Exhibit 21 Bar Complaint against Sue-Ann Nicole Robinson, bar complaint of James R. Dunn this Exhibit 22-23 is where I reported to Pretrial officer LisA Rhodes beginning 8-22-08 to Present Date once a week everyweek and called her twice a week mon + weds everyweek.

(24) Fact Barack Obama, as President of United State Government The Federal tort claims Act makes the Federal Government liable under the doctrine of respondeat superior For acts that would be common Law torts in the state where they occurred. It does not make the government liable For Constitutional Violations. the FTCA is Pleaded with a state tort law claim.

page 2 of 4

## Facts Cont'd

(25) Fact Charlie Crist as Governor of State of Florida as head of executive branch of State Government to adoption of Allegedly unlawful Act is Liability The Failure to Act, Acts of omission are Actionable in this context to the Same as Acts commission

(26). Fact Bill McCollum as Attorney General of the State of Florida the Chief Law officer of the state. Responsibility imposed by Statute and resolution where a statute or regulation imposes a duty on someone, Failure to perform it may make that Person liable even if he does not know about the resulting Constitutional Violation

27. Ken Keechi, as Mayor of the City of Fort Lauderdale. Direct Action Lies against defendant City under due Process clause of Fourteenth Amendments

28 Fact, Michele Towbin-Singer, Judge as a Public officer is clothed with Judicial Authority. which was Absence of policy or Procedures Fail to establish ways of dealing with Problems that she knew or should have known about, s/he may be Liable for the Consequences.

29 Fact, Michael J. Satz as State Attorney Failure to train and supervise their subordinates may establish the higher-ups Liability this is so serious as to Constitute "deliberate indifference"

30. Fact, Howard Finkelstein as Cheif Public Defender, Failure to train and supervise He had Knowledge and acquiescence of my complaints and He Fail to intervene He knew enough to be on notice of the illegal conduct.

31. Fact, Frank De La Torre Public Defender superviser, had Knowledge and acquiescence he supervised the illegal conduct of MR. James R. Dunn and Actully inflicted Constitutional deprivation in secret.

Facts Cont'd

32 Fact, David Weigel as Asst. state Attorney had Knowledge and Acquiescence
   he actually inflict constitutional deprivations and was doing so in a secret
   or isolated manner.

33. Fact, Scott Janowitz, Asst. state Atty. had Knowledge and Acquiescence
    I had Filed a bar complaint against him because he Actually inflict
    constitutional deprivations and was doing so in secret.

34. Fact, sue Ann nicole Robinson had Knowledge and Acquiescence
    and was given notice by me of the illegal conduct see: bar complaint
    attached.

35. Ramon Ale Jandro Blanco Herrera, Asst. state Atty. had Knowledge
    and Acquiescence I made oral objection in open court of his
    illegal conduct before Judge Bowbin-singer. see: bar complaint
    Exhibit #9 Attached hereto.

36. Fact, James R. Dunn as public Defender For Plaintiff Robert Hout Jr.
    had Knowledge and Acquiescence I wrote Letters to him. Filed
    motions before ever Filing complaint with Florida Bar see: Exhibits –
    9, 11, 14, 15, 16, 17, 18, 19, 20, 21, 22.

37. Fact, Lisa Rhodes, supervision specialist Pretrial Division. had Knowledge
    and Acquiescence I told her and she told me that the Judge had
    issued a capias and I gave her copies of the misconduct she did
    nothing to correct the Problem.

38. Lesniak Debra A. Lesniak, Pretrial manager, Failure to train and supervise
    absence of policy or procedures constitute deliberate indifference.

39. Fact Eric Holder as united states Attorney General represent the Government
    and the Principal Law officer and Responsibility imposed by statute or
    regulation he had Knowledge and acquiescence and Fail to intervene
    see: Attached Demand Letter Forward to Attorney General Holder

(Rev. 04/2005) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

V.    Relief

State briefly exactly what you want the court to do so for you.  Make no legal arguments.  Cite no cases or statutes.

Wherefore, Plaintiff Robert Holt, Jr. Respectfully Requests that this court enter Judgment Granting Plaintiff (1) a declaratory Judgment that the defendants, Acts Policies and Practices herein described and complained Committed a State Tort Law Claim and constitutional violation to the united states constitutional Amendments I, IV, V, VI, VII, VIII, IX, X, VIII and XIV and Provisions of the constitution of State of Florida Article I sections 1, 2, 4, 5, 9, 10, 12, 16, 17, 18, 19, 21, 23(2). Grant a Preliminary and Permanent injunction which: (A) Prohibits the defendants their successors in office, Agents and employees and All other Persons in Active concert From Participation with them From harassing, threating, Punishing or Retaliating in Anyway against Plaintiff or Any other Person of Family members because he Filed this Action, and that this court issue a writ of Mandamus, writ of Prohibition a writ of Quo warrant to Protect the interests of the People as a whole Under color of state Law. Further Relief sought Punitive damages and Damages of $50,000,000.00 Fifty Millions Dollars For committing a state Tort Law Claim and constitutional violation against Plaintiff Unlawfully

Signed this _____ day of _____ , 20 _____ .

_Robert Holt Jr._

_____

_____

_____

_____

                    (Signature of plaintiff or plaintiffs)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on _____

_Robert Holt Jr._

_____
                    (Signature of plaintiff)

EXHIBIT C19

**FLORIDA DUI UNIFORM TRAFFIC CITATION** 1894-XCC CHECK DIGIT 6

COUNTY OF Broward

☐ (1) F.H.P.  ☐ (2) P.D.  ☒ (3) S.O.  ☐ (4) OTHER

CITY (IF APPLICABLE) Oakland Park

1202  AGENCY

IN THE COURT DESIGNATED BELOW, THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT ON

**COMPLAINT** (RETAINED BY COURT)

DAY OF WEEK Mon  MONTH 11  DAY 19  YEAR 09  TIME 1113  ☒ A.M. ☐ P.M.

NAME (PRINT) FIRST Robert  MIDDLE Adil  LAST Jr.

STREET 825 NE 2 Ct  ☐ IF DIFFERENT THAN ONE ON DRIVER LICENSE "X" HERE

CITY Boynton Bch  STATE FL  ZIP 33435

TELEPHONE NUMBER  DATE OF BIRTH 01/22/89  RACE B  SEX M  HGT 5-11

DRIVER LICENSE NUMBER H432760 D3110

STATE FL  CLASS E  CDL LICENSE  DL LICENSE EXP.  ☐ IF COMMERCIAL MTR VEH "X" HERE  Y ☐ N

YEAR 05  MAKE Chev  STYLE 4dr  COLOR Wh  ☐ IF PLACARDED HAZARDOUS MATERIAL "X" HERE  ☐

VEHICLE LICENSE NO. HU5VB  STATE FL  TRAILER TAG NO.  STATE  YEAR TAG EXPIRES  ☐ IF COMPANION CITATION(S) "X" HERE  ☐

UPON A PUBLIC STREET OR HIGHWAY, OR OTHER LOCATION, NAMELY 4100 NW 9 Ave

FT.  MILES N S E W OF NODE  ☐ COMPANION CITATION(S) "X" HERE  ☐

DID UNLAWFULLY COMMIT THE OFFENSE OF DRIVING UNDER THE INFLUENCE OF ALCOHOLIC BEVERAGES, CHEMICAL OR CONTROLLED SUBSTANCES; DID DRIVE, OR WAS IN ACTUAL PHYSICAL CONTROL OF A VEHICLE, WHILE UNDER THE INFLUENCE OF AN ALCOHOLIC BEVERAGE/CHEMICAL SUBSTANCE/CONTROLLED SUBSTANCE TO THE EXTENT NORMAL FACULTIES WERE IMPAIRED, OR WITH A BLOOD OR BREATH ALCOHOL LEVEL OF .08 OR ABOVE OF .186

COMMENTS PERTAINING TO OFFENSE: (ONY one offense each citation)

☒ STATE STATUTE  ☐ AGGRESSIVE DRIVER  SECTION 316.193  SUBSECTION

CRASH ☐ YES ☐ NO  DAMAGE TO OTHER PROPERTY ☐ YES ☐ NO  INJURY TO ANOTHER ☐ YES ☐ NO  SERIOUS BODILY INJURY TO ANOTHER ☐ YES ☐ NO  FATAL ☐ YES ☐ NO

**THIS IS A CRIMINAL VIOLATION, COURT APPEARANCE REQUIRED, AS INDICATED BELOW.**

COURT DATE  TIME  1894-XCC CHECK DIGIT 6

COURT AND LOCATION

ARREST DELIVERED TO

I AGREE AND PROMISE TO APPEAR AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. WILLFUL REFUSAL TO ACCEPT AND SIGN THIS CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT.

X SIGNATURE OF VIOLATOR

EFFECTIVE THE DATE OF ARREST, YOUR DRIVING PRIVILEGE IS SUSPENDED/DISQUALIFIED FOR:

☒ DRIVING WITH AN UNLAWFUL BLOOD OR BREATH ALCOHOL LEVEL. THIS SUSPENSION/DISQUALIFICATION IS FOR A PERIOD OF SIX MONTHS IF THIS IS THE FIRST VIOLATION OF DRIVING WITH UNLAWFUL BLOOD OR BREATH ALCOHOL LEVEL OR ONE YEAR IF PREVIOUSLY SUSPENDED OR DISQUALIFIED FOR DRIVING WITH AN UNLAWFUL BLOOD OR BREATH ALCOHOL LEVEL. WHEN OPERATING A CMV, YOUR COMMERCIAL DRIVER LICENSE/PRIVILEGE WILL ALSO BE DISQUALIFIED FOR THE SAME PERIOD OF TIME AS THE SUSPENSION.

☐ REFUSAL TO SUBMIT TO LAWFUL BREATH, BLOOD OR URINE TEST F.S. 322.2615. THIS SUSPENSION IS FOR A PERIOD OF ONE YEAR IF THIS IS A FIRST REFUSAL OR 18 MONTHS IF PREVIOUSLY SUSPENDED FOR THIS OFFENSE. WHEN OPERATING A CMV, YOUR COMMERCIAL DRIVER LICENSE/PRIVILEGE WILL ALSO BE DISQUALIFIED FOR A PERIOD OF ONE YEAR FOR A FIRST REFUSAL OR PERMANENTLY FOR A SECOND REFUSAL WHILE OPERATING A CMV.

LICENSE SURRENDERED? ☒ YES ☐ NO  REASON _____

ELIGIBLE FOR PERMIT? ☒ YES ☐ NO  REASON _____

UNLESS INELIGIBLE, THIS CITATION SHALL SERVE AS A TEMPORARY DRIVER LICENSE AND WILL EXPIRE AT MIDNIGHT ON THE 10TH DAY FOLLOWING THE DATE OF ARREST. AT THE _____ BUREAU OF ADMINISTRATIVE REVIEWS OFFICE, YOU MAY REQUEST, WITHIN 10 DAYS AFTER THE DATE OF ARREST, A REVIEW OF SUSPENSION BY THE DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES. SEE REVERSE SIDE.

NAME, SIGNATURE OF OFFICER  BADGE NO.  ID. NO.  TROOP UNIT

HSMV 75804 (Rev. 2/05)

**COUNTY COURT DISPOSITION ORDER IN AND FOR BROWARD COUNTY, FLORIDA**

DATE: 5-29-08 _____ CASE NO. 08026368MM10A          ARREST NO. UP07002281   BCCN NO. 0725074

State of Florida VS   HOLT, ROBERT                    AKA

Cash Bond /Surety: 50L5753 _____ Amount $ 500 _____ Estreated _____ Vacated _____ Return to Dep. ✓

Cash Bond /Surety: _____ Amount $ _____ Estreated _____ Vacated _____ Return to Dep. ✓

| ( ) REMANDED | ( ) REMAIN I/C | ( ) UNTIL PICKED UP: _____ | OR BED AVAILABLE AT _____ |
|---|---|---|---|
| ( ) Magistrates | ( ) First VOP | ( ) Guilty | ( ) No Information |
| ( ) Arraignments | ( ) Final VOP | ( ) No Contest | ( ) Adj. Guilty |
| ( ) Change of Plea | ( ) PSI | ( ) Admits /Denies Allegations | ( ) Adj. Withheld |
| ( ) Trial by Jury | ( ) Sentencing | ( ) Convicted by Jury/Court _____ | ( ) Nolle Prosequi  A. PINSLY |
| ( ) Trial by Court | | ( ) Acquitted by Jury/Court _____ | ( ) Dismissed |
| ( ) Adj. and Sentence Deferred to: _____ | | | PSI: YES ✓ NO _____ |

CHARGES:

001 DRIVING UNDER THE INFLUENCE _____

SENTENCE:

COUNT(S): _____ Non-Probation Sentence

COUNT(S): _____ Reporting Probation _____ Months with Special Conditions:

- ( ) DUI School Level _____  ( ) Evaluation, treatment and therapy, if necessary
- ( ) May work off fine / costs @ $ _____ per hour  ( ) May buy out community service @ $ _____ per hour
- ( ) _____ hours community service  ( ) _____ AA meeting(s) per week
- ( ) _____ days immobilization by: _____
- ( ) No alcohol or intoxicants while on probation  ( ) Random breath / urine analysis @ defendant's expense
- ( ) License suspended _____  ( ) DDS _____ hours ( ) Anger Management _____
- ( ) Pay all outstanding fines / costs on Driver's License Record.  ( ) Shoplifters Program _____
- ( ) All fines / costs imposed are a condition of probation on Count(s) _____
- ( ) Time Served _____ days on Count(s) _____
- ( ) _____ days Broward County Jail with credit for _____ days time served.
- ( ) No harmful contact / ( ) No contact with victim
- ( ) All special conditions of probation must be met by the _____ month of probation.
- ( ) Early termination of probation upon completion of all special conditions.
- ( ) All non-monetary conditions of probation must be completed by _____
- ( ) OTHER: _____

| COUNT | FINE | CC | 5% | VC | CJC | SN1 | AC | PDA | CSTF | CFF | OTF | CDC | EMTF | DVC | RS | DE | TC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |

Partial Processing / Deferral Fee $ _____

YOU MUST PAY YOUR FINES AND/OR COSTS IN FULL BY _____ , 20 .
PAY IN FULL ONLY: BY CREDIT CARD: CALL (954) 712-7899. ONLINE: VISIT
WWW.BROWARDCLERK.ORG. BY MAIL: CLERK OF COURT, P.O. BOX 14610, FORT LAUDERDALE,
FL 33302-4610 OR CALL (954) 831-6565 FOR PAYMENT ARRANGEMENTS. IF YOU FAIL TO
PAY, LATE FEES MAY BE ADDED, YOUR ACCOUNT WILL BE REFERRED TO A COLLECTION
AGENCY FOR FURTHER COLLECTION ACTION WITH ADDITIONAL FEES IMPOSED, AND/OR YOUR
LICENSE MAY BE SUSPENDED.

JUDGE _____          DEPUTY CLERK _____
       PEGGY GEHL

FILE COPY-WHITE  DEFENDANT'S COPY-GREEN  SHERIFF'S COPY-YELLOW  STATE ATTORNEY'S COPY-PINK  DEFENSE ATTORNEY'S COPY-GOLD

FADL

ROBERT HOLT Jr

805 NE 2ND CT

BOYNTON BE        FL 33435
B  M  08/31/47
08009559CF10A

511 180  BLK  BRN

Case # BS08-08-5165

IN THE CIRCUIT/COURT
IN AND FOR BROWARD COUNTY, FLORIDA

266827860                    CAPIAS

JUDGE MICHAEL G KAPLAN
DEFT NO. 08009559CF10A

TO ALL AND SINGULAR THE SHERIFFS OF FLORIDA, GREETINGS:
   YOU ARE COMMANDED TO TAKE ROBERT HOLT

IF THAT PERSON BE FOUND IN YOUR COUNTY, ARREST AND SAFELY KEEP SO THAT YOU
   MAY HAVE THAT PERSON'S BODY BEFORE THE JUDGE OF OUR SAID COURT INSTANTER TO
   ANSWER TO THE CHARGE, FILED BY THE STATE ATTORNEY OF BROWARD COUNTY, FLORIDA
   TO:

|  | CHARGE(S) | CAPIAS BOND AMOUNT |
|---|---|---|
| 001 | FELONY/DRIVING UNDER INFLUENCE | 5,000.00 |
| 002 | FEL DRIVE LICENSE PERM REVOKE | 1,000.00 |
|  | TOTAL CAPIAS BOND AMOUNT: | 6,000.00 |

AND HAVE YOU THEN AND THERE THIS WRIT.

(SEAL)

WITNESS HOWARD C. FORMAN,  CLERK OF OUR
SAID COURT AND THE SEAL OF OUR SAID COURT,
AT THE COURT HOUSE AT FORT LAUDERDALE,
FLORIDA, THIS

TUESDAY, THE 20TH DAY OF MAY, 2008

HOWARD C. FORMAN,  CLERK

BY:                          DEPUTY CLERK

ARRESTING AGENCY: Broward Sheriff's Office

ARRESTING OFFICER: Deputy Timothy Baughan 3/25

REASON CAPIAS ISSUED: MISD UPGRADE FROM 07-26308MM10A

*********************************************************************************

RECEIVED THIS CAPIAS ON 8/22/08 AND EXECUTED SAME ON 9/22/08

BY ARRESTING THE WITHIN NAMED DEFENDANT AND HAVING HIM NOW BEFORE THE COURT.

Al Lamberti          , SHERIFF    BY:                    
                                        DEPUTY SHERIFF

ROR to pre-trial release per Judge Towbin-Singer's
Order.



# FTU

FELONY

## IN THE CIRCUIT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

STATE OF FLORIDA,

Plaintiff

VS

**ROBERT HOLT**                 Defendant

Court Case Num: 08-9559CF10A SAO Num: **1566901**

Offense Rpt No: **OP0701102352**     Offense Date: **11/19/2007**

Charge Agency: **BRWD SHERIFFS OFFICE**     Case Type: **RF**

Arrest No: **OP07002281**     Arrest Date: **11/19/2007**

DOB:8/31/1947     Race:B     Sex: M     BCCN: **0725074**

---

### TO THE CLERK OF THE ABOVE-STYLED COURT:

The State hereby announces the following actions to be taken on the charges involved in the above-captioned arrest/matter:

Action taken:     REFILE OF CS

| Count | Action | Short Description | Charge |
|---|---|---|---|
| 1 | **ADD CHARGE FILED** | **316.193(2)(B)3 - 3/CF - DUI 3 PRIOR CONVICTIONS (> 7/1/02)** | |
| | Chrg Presented | 316.193(2)(B)3 - 3/CF - DUI 3 PRIOR CONVICTIONS (> 7/1/02) | 1 |
| 2 | **ADD CHARGE FILED** | **322.341 - 3/CF - DWLS/R (PERMANENTLY REVOKED)** | |
| | Chrg Presented | 322.341 - 3/CF - DWLS/R (PERMANENTLY REVOKED) | 2 |
| 3 | **REFILED CASE** | **316.193(1) - 2/MM - DUI-N/F OR B/A, C/S OR C/S** | |
| | Chrg Presented | 316.193(1) - 2/MM - DUI-N/F OR B/A, C/S OR C/S | 3 |

### Special Instruction to the Clerk/Jail

REFILE OF 07-026368MM10A

Please Issue Capias

*MM upgrade to Felony by add charges.*

Dated    20    Day of    May, 2008

Michael J. Satz, State Attorney
By:    MR. DAVID WEIGEL    /    LW    ASA
Florida Bar No:    0502022
Phone:    9548318479

| Clerk Comments | | |
|---|---|---|
| Filed _____ | Custody Status_____ | Division_____ |
| Arraignment_____ | | |

1566901

1566901
TmpFSI

(3)

STATE OF FLORIDA

_Robert_ VS. _Hcit_

_____

_____

IN THE CIRCUIT/COUNTY COURT IN AND

FOR BROWARD COUNTY, FLORIDA

CASE NO. _0?-9559 CF_ _____

JUDGE  TOWBIN-SINGER DIV.FA _____

The   ARRAIGN / STATUS / SVOP _____  in this case is now

scheduled for _____, 2008  at   8:30 AM / 9:00 AM / 9:30 AM
                                                     1:30 PM

in room  6810  of the Broward County Courthouse.

Remarks CALEN CALL _____ 2008 @ 8:30 AM / 9:30 AM  # 6810

       JURY TRIAL _____ 2008 @ 9:00 AM /   AM  # 6810

   DEFENDANTS TO BE DRESSED FOR 2 WEEK TRIAL CALL.

DEFENSE / JOINT / STATE / COURT CONTINUANCE (FINAL CONTINUANCE)

_____

D/M TO SUPPRESS / DOWNWARD DEPT.          2008 @        # 6810

_____

DET. OF COUNSEL / CHANGE PLEA             2008 @        # 6810

1ST / FVOP / SENTENCING                   2008 @        # 6810

   DEFENDANTS PRESENCE WAIVED / DEFEN. WAIVES SPEEDY.

DONE AND ORDERED _____ 7/14 _____, 2008

If you are a person with a disability who needs an accommodation in
order to participate in this proceeding, you are entitled, at no cost to
you, to the provision of certain assistance. Please contact the Court
Administrator's ADA Coordinator at 954-831-7721 within 2 working days
of your receipt of this notice. If you are hearing impaired or voice im-
paired, call 954-831-7017 or call the Florida Relay Service at 1-800-
995-8771 (TTY) or 1-800-995-8770 (Voice).

MICHELLE TOWBIN-SINGER
_____
            JUDGE

| In open Court | By Mail |
|---|---|
| (  ) Defendant | (  ) |
| (  ) Defense Attorney | (  ) |
| (  ) Bondsman | (  ) |
| (  ) State | (  ) |
| (  ) Guardian Ad Litem | (  ) |

(  ) PROBATION

THE DEFENDANT'S PRESENCE IS
REQUIRED AND MANDATORY.
THE FAILURE OF THE DEFENDANT
TO APPEAR ON THE DATE AND TIME
NOTED HEREIN SHALL RESULT IN
THE ESTREATURE OF ANY BOND.

. . . . . . . . . . . . . . . . . . . . . . . .

DEFENDANT'S COPY

(4)

STATE OF FLORIDA

VS.

Robert Holt

IN THE CIRCUIT/COUNTY COURT IN AND

FOR BROWARD COUNTY, FLORIDA

CASE NO. 08-9559A FIOA

JUDGE  TOWBIN-SINGER DIV.FA

The  ARRAIGN / STATUS / SVOP  *Pund*  in this case is now

scheduled for _____ 6/17/h 2008, at  8:30 AM / 9:00 AM / 9:30 AM
1:30 PM

in room  6810  of the Broward County Courthouse.

Remarks CALEN CALL                    2008 @ 8:30 AM / 9:30 AM  # 6810

    JURY TRIAL                    2008 @ 9:00 AM /     AM  # 6810

  DEFENDANTS TO BE DRESSED FOR 2 WEEK TRIAL CALL.

DEFENSE / JOINT / STATE / COURT CONTINUANCE (FINAL CONTINUANCE)

D/M TO SUPPRESS / DOWNWARD DEPT.          2008 @        # 6810

DET. OF COUNSEL / CHANGE PLEA             2008 @        # 6810

1ST / FVOP / SENTENCING                   2008 @        # 6810

  DEFENDANTS PRESENCE WAIVED / DEFEN. WAIVES SPEEDY.

DONE AND ORDERED  8·18                                      2008

If you are a person with a disability who needs an accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Court Administrator's ADA Coordinator at 954-831-7721 within 2 working days of your receipt of this notice. If you are hearing impaired or voice impaired, call 954-831-7017 or call the Florida Relay Service at 1-800-995-8771 (TTY) or 1-800-995-8770 (Voice).

MICHELLE TOWBIN-SINGER
_____
JUDGE

| In open Court | | By Mail | |
|---|---|---|---|
| ( | ) Defendant | ( | ) |
| ( | ) Defense Attorney | ( | ) |
| ( | ) Bondsman | ( | ) |
| ( | ) State | ( | ) |
| ( | ) Guardian Ad Litem | ( | ) |

( ) PROBATION

THE DEFENDANT'S PRESENCE IS REQUIRED AND MANDATORY.
THE FAILURE OF THE DEFENDANT TO APPEAR ON THE DATE AND TIME NOTED HEREIN SHALL RESULT IN THE ESTREATURE OF ANY BOND.

BC-110 (Rev. 12/99)   X . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

DEFENDANT'S COPY

*Exhibit #7*

*Nolle Prosequi: Refiled: MAY 20, 2008*

*No Arrest or Arraignment See: Order date 22 August 2008*

88.05597

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, STATE OF FLORIDA
### REFILE OF 07-026368MM10A — *Nolle Prosequi*

| | |
|---|---|
| **THE STATE OF FLORIDA** | **INFORMATION FOR** |
| **vs.** | I.    **FELONY DUI (ADD) (LEVEL 6)** |
| | II.   **FELONY DRIVING WHILE** |
| **ROBERT HOLT,** |      **LICENSE REVOKED** |
| |      **PERMANENTLY (ADD) (LEVEL 1)** |
| **Defendant** | III. **DRIVING UNDER THE INFLUENCE** |

### IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that **ROBERT HOLT, on the 19th day of November, A.D. 2007,** in the County and State aforesaid, did then and there unlawfully drive, or was in actual physical control of a vehicle, while he was under the influence of an alcoholic beverage to the extent that his normal faculties were impaired and/or with a breath-alcohol level of 0.08 or more, and had been previously convicted for Driving Under the Influence in Palm Beach County, Florida, docket, ticket or case number 784199L, on the date of November 22, 1994; in Palm Beach County, Florida, docket, ticket or case number 051126J, on the date of November 22, 1994; in Palm Beach County, Florida, docket, ticket or case number 05208WA, on the date of December 11, 1992, in the State of Georgia, on the date of July 20, 1989, and in the State of Georgia, on the date of June 8, 1971, contrary to F.S. 316.193(1) and F.S. 316.193(2)(b)3. (L6)

### COUNT II

AND MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that **ROBERT HOLT, on the 19th day of November, A.D. 2007,** in the County and State aforesaid, having had his driver's license or driving privilege permanently revoked pursuant to Florida Statute 322.26 or Florida Statute 322.28, did unlawfully drive a motor vehicle upon a public highway in Broward County, Florida, contrary to F.S. 322.341. (L1)

### COUNT III

AND MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that **ROBERT HOLT, on the 19th day of November, A.D. 2007,** in the County and State aforesaid, did then and there unlawfully drive, or was in actual physical control of a vehicle, while he was under the influence of an alcoholic beverage to the extent that his normal faculties were impaired and/or with a breath-alcohol level of 0.08 or more, contrary to F.S. 316.193(1) and F.S. 316.1934(1).

DCW/ch
5/19/2008

STATE OF FLORIDA vs. ROBERT HOLT                    INFORMATION, Page 2
IDENTIFYING DATA:
B/M, D.O.B. 08/31/45, SSN 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,
FL DL#H430-760-45-311-0


COUNTY OF BROWARD
STATE OF FLORIDA

DAVID C. WEIGEL

Personally appeared before me _____, duly appointed as an Assistant State Attorney of the 17th Judicial Circuit of Florida by MICHAEL J. SATZ, State Attorney of said Circuit and Prosecuting Attorney for the State of Florida in the County of Broward, who being first duly sworn, certifies and says that testimony has been received under oath from the material witness or witnesses for the offense(s), and the allegations as set forth in the foregoing Information would constitute the offense(s) charged, and that this prosecution is instituted in good faith.

_____
Assistant State Attorney, 17th Judicial Circuit of Florida

SWORN TO AND SUBSCRIBED before me this ____ day of MAY 20 2008, A.D., 2008.

HOWARD C. FORMAN
Clerk of the Circuit Court, 17th Judicial Circuit,
Broward County, Florida

By _____
Deputy Clerk

To the within Information, Defendant pleaded _____.

HOWARD C. FORMAN
Clerk of the Circuit Court, 17th Judicial Circuit,
Broward County, Florida

By _____
Deputy Clerk

7th Judicial Circuit in and for Broward County

the County Court in and for Broward County

*Exhibit*
(B)

Filed in Open Court,
Howard C. Forman,
CLERK

ON _____

BY _____

VISION:
[ ] CRIMINAL
[ ] TRAFFIC
[ ] OTHER

# ORDER

THE STATE OF FLORIDA VS.

PLAINTIFF **Robert Holt** DEFENDANT

CASE NUMBER

**08-9559CF10A**

CHARGE **Felony DUI**
**Felony DWL (perm.)**
**Revok**

It is hereby ordered that the above named defendant is served

with **M.B. upgrade 09-2626SMM10A** capias. Bond is

hereby set @ **Pretrial w/ special Conditions**

PLEASE CHECK IF APPLICABLE:

✓ _____ Pre-Trial Release

_____ Pre-Trial Release
with Electronic Monitor

_____ Expedited Booking Procedure

_____ Cash/Property Bond only (circle one)

_____ Bond previously posted (only if bond
is not estreated)

_____ Defendant Remanded to Custody

_____ Booked in Absentia

✳ Special Condition

— Drug + Alcohol testing
once a wk (Deft must pay)

— No Driving any
motorized vehicle
or Scooter

DONE AND ORDERED THIS **22** DAY OF **August**, 20 **08**

IN BROWARD COUNTY, FLORIDA

_____
JUDGE

COPIES: BSO - SAO

ICC 112-54 ORDER SERVED W CAPIAS



# The Florida Bar
# Inquiry/Complaint Form



**PART ONE:** (See reverse, part one.)

Your Name: Robert Holt
Address: 805 N.E. 2nd Ct
City: Boynton Beach   State: Florida
Phone: 561-742-5468  Zip Code: 33435-3164
ACAP Reference No. _____

Attorney's Name: ~~Michelle Tobkin~~ Michelle Tobkin-Singer
Address: 201 Southeast 6th street
City: Fort Lauderdale   State: Florida
Phone: _____  Zip Code: _____
Case no. 08009559CF10A
Broward County Courthouse

**PART TWO:** (See reverse, part two.) The witnesses in support of my allegations are: [see attached sheet]. Others, in this case Ramon Alejandro-Blanco-Herrera. RFA no. 09-4336 Florida Bar #

**PART THREE:** (See reverse, part three.) The specific things or things I am complaining about are:
I Robert Holt makes this his written complaint Against the state Atty and Judge in this above no. case For misconduct in office, (2) Breach or violation of Substantive Law, (3) improper proceeding of the court on 8-15-08 state Atty in this case, offered the trial Judge charge of Felony D.U.I. which I was not charge or Arrested For or any other means to offer it to the Judge, However my Lawyer Mr. Harmelin was not in court whereas another court date was set For 8-18-08 Mr Harmelin Did not come and State Attorney gave the Judge #2 charge Felony Driving while License Revoke. State Atty change and conceal documents Fabricated evidence, communicated with the Judge in the case, and attempt to influence the Judge Which she had my motion in Limine before her proceeding of court.

**PART FOUR:** (See reverse, part four.)

I did _did not_ (circle one or the other) attempt to use ACAP to resolve this situation.
To attempt to resolve this matter) I did the following:
I made a oral objection to improper Proceeding of the court, grounded on misconduct of state Atty and court proceeding, Breach of Substantive Law. this the Recorded will Reflect of 8-22-08 And to Further this misconduct I was given a pre-paired Appointed Counsel Form to signed Which I Refused so I could speak in court. See; Attached (1) Misdemeanor case #07-2636mm10A (2) Bond Reict (3) new case (4) motion in Limine, Demand for copy Accusation, List of witnesses, motions—

**PART FIVE** (See reverse, part five.): Under penalty of perjury, I declare the foregoing facts are true, correct and complete. I have read and understand the information on the reverse of this page and contained in the pamphlet "Complaint Against a Florida Lawyer." I also understand that the filing of a Bar complaint will not toll or suspend any applicable statute of limitations pertaining to my legal matter.

Suppress (5) where I was in court given affidavit to Remain on Bond (6) Order place on Pre-trial Release and PAY $25.00 WK (7) Return Date

Signature                    Date  8-29-08
                                   8-25-08

STATE OF FLORIDA *(Q)*

*Robert Holt* VS.

_____

IN THE CIRCUIT/COUNTY COURT IN AND

FOR BROWARD COUNTY, FLORIDA

CASE NO. _08 - 9559CF10_

JUDGE _TOWBIN-SINGER DIV.FA_

The _____ ARRAIGN / STATUS / SVOP _____ in this case is now

scheduled for _____, 2008, at _8:30 AM / 9:00 AM / 9:30 AM_
                                                                    1:30 PM

in room _6810_ of the Broward County Courthouse.

Remarks _CALEN CALL_ 10/2 _____ 2008 @ (8:30 AM) 9:30 AM  # 6810

_____ JURY TRIAL 10/13 _____ 2008 @ 9:00 AM /  AM # 6810

_DEFENDANTS TO BE DRESSED FOR 2 WEEK TRIAL CALL._

DEFENSE / JOINT / STATE / COURT CONTINUANCE (FINAL CONTINUANCE)

D/M TO SUPPRESS / DOWNWARD DEPT. _____ 2008 @ _____ # 6810

GET. OF COUNSEL / CHANGE PLEA _____ 2008 @ _____ # 6810

1ST / FVOP / SENTENCING _____ 2008 @ _____ # 6810

_DEFENDANTS PRESENCE WAIVED / DEFEN. WAIVES SPEEDY._

DONE AND ORDERED _____ _8/22_, 2008

*A Pointment of Counsel*

If you are a person with a disability who needs an accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Court Administrator's ADA Coordinator at 954-831-7721 within 2 working days of your receipt of this notice. If you are hearing impaired or voice impaired, call 954-831-7017 or call the Florida Relay Service at 1-800-995-8771 (TTY) or 1-800-995-8770 (Voice).

MICHELLE TOWBIN-SINGER
_____
JUDGE

| In open Court | | By Mail | |
|---|---|---|---|
| ( ) Defendant | | ( ) | |
| ( ) Defense Attorney | | ( ) | |
| ( ) Bondsman | | ( ) | |
| ( ) State | | ( ) | |
| ( ) Guardian Ad Litem | | ( ) | |

( ) PROBATION

THE DEFENDANT'S PRESENCE IS REQUIRED AND MANDATORY. THE FAILURE OF THE DEFENDANT TO APPEAR ON THE DATE AND TIME NOTED HEREIN SHALL RESULT IN THE ESTREATURE OF ANY BOND.

BC-110 (Rev. 12/99)

**DEFENDANT'S COPY**

# THE FLORIDA BAR

**JOHN F. HARKNESS, JR.**
**EXECUTIVE DIRECTOR**

**651 EAST JEFFERSON STREET**
**TALLAHASSEE, FL 32399-2300**

**850/561-5600**
**WWW.FLORIDABAR.ORG**

September 3, 2008

Mr. Robert Holt
805 NE 2nd Court
Boynton Beach, FL 33435-3164

Re:     Vanessa Casullo; RFA No. 09-4334

Dear Mr. Holt:

Reference your recent correspondence regarding your desire to file a complaint against a judge.

Under Article V, Section 12 of the Florida Constitution, complaints against sitting judges are within the exclusive jurisdiction of the Judicial Qualifications Commission, Room 102, The Historic Capitol, Tallahassee, Florida 32399-6000.

Sincerely,

Theodore P. Littlewood Jr., Bar Counsel
Attorney Consumer Assistance Program

September 8, 2008

Mr. Theodore P. Littlewood Jr., Bar Counsel
Attorney Consumer Assistance Program
651 East Jefferson Street
Tallahassee, FL 32399-2300

Re:    Robert Holt; The Florida Bar No. 2009-50,258(17D)

Dear Mr. Littlewood:

This letter is in response to Mr. Robert Holt's written complaint against me. The dates in
question are August 15, 2008, August 18, 2008 and August 22, 2008. This complaint is in
reference to a **Criminal** case against an **Assistant State Attorney.** Please be advised that as of
July 25, 2008, I have not been an Assistant State Attorney for the Broward State Attorney's
Office. Additionally, I was not the Attorney or Assistant State Attorney who handled the hearing
of Mr. Robert Holt dated August, 15, 2008, August 18, 2008 and August 22, 2008. I was not
present and therefore had no involvement in the matter nor do I have any information regarding
the hearing(s) in question.

Additionally, there is a court date sheet dated January 18, 2008 with The Honorable Judge Peggy
Gehl's name on it. The court document refers to a new court date of March 14, 2008 and has a
case number of 07-26368MM10A. Please be advised that I was not the Assistant State Attorney
assigned to the aforementioned case on January 18, 2008 nor did I have any involvement with the
case on such date. Also, I was not the Assistant State Attorney assigned to Judge Gehl's
courtroom on January 18, 2008.

Sincerely,

Vanessa Casullo, Esquire

cc: Robert Holt

$Exhibit -13$

September 23, 2008

Mr. Theodore P. Littlewood Jr., Bar Counsel
Attorney Consumer Assistance Program
651 East Jefferson Street
Tallahassee, FL 32399-2300

Re:   Robert Holt; The Florida Bar No. 2009-50,258(17D)

Dear Mr. Littlewood:

This letter is in response to Mr. Robert Holt's written complaint against me and his second (2)
letter to Bar Counsel. Mr. Holt is incorrect once again. First, when I was an Assistant State
Attorney, I only handled Felony cases beginning early 2006. At no point did I handle
Misdemeanor case # 07-26368MM10A. Accordingly, the case Mr. Holt inaccurately refers to as
being my case from dates June 27, 2008 through July 25, 2008, was not assigned to me.

Second, the attachment enclosed with Mr. Holt's September 11, 2008 letter is a "Notice to
Appear" for case number 08-9559CF10A for arraignment on July 14, 2008. This a FELONY
case and not a MISDEMEANOR case. It was scheduled for a date when I was not present in
court due to a personal matter. Therefore, I did not handle the FELONY case when it was first up
for arraignment.

Third, Mr. Holt's refers to "Ex Post Facto Law" that "occurred that changed the legal
consequences in relations to this case." Mr. Holt fails define what 'legal consequences' were
changed and what 'expo facto law' applies to his case. These statements are illogical. Mr. Holt
also alleges he has "never been charged or served with any indictment or any other law
enforcement papers." But he then refers to an attached "Notice of Arraignment." His
arraignment notice refers to **F.S. 316.193(8) Driving Under the Influence**. Additionally, my
name is not on such notice, as Mr. Holt misrepresents to Bar Counsel.

Next, Mr. Holt refers to Section 4-3.1 Rules Regulating the Florida Bar **Meritorous Claims and
Contentions.** He partially cites to the rule. Without more, Mr. Holt only blankly and
incompletely refers to this rule. In the **Comments** it states: "What is required of lawyers,
however, is that they inform themselves about the facts of their **clients' cases** and the **applicable
law** and determine that they can make **good faith arguments in support of their client's
position.** (Emphasis added). This rule applies to Attorney's representing their clients as an
Advocate. Mr. Holt is not and was at no point my client. His failed attempt to apply this rule is
misplaced.

Mr. Holt then cites to Section 4-3.1 Rules Regulating the Florida Bar **Expediting Litigation.** The rule states: "A lawyer shall make reasonable efforts to expedite litigation consistent with the interests of the client." Mr. Holt writes in his letter to Bar Counsel "An attorney may not employ dilatory tactics." However, Rule 4-3.1 does not contain such language. Mr. Holt has improperly added non-existent language to the rule, and represented such to the Florida Bar as true. Furthermore, this rule relates to an Attorney representing his/her client. I do not represent Mr. Holt nor have I in the past. Additionally, as an Assistant State Attorney I would be unable, legally, to do so.

Mr. Holt's allegations toward me are without merit. They are unfounded, without specific facts, details and lacking truth. His allegations are incomprehensible.

Thank you,

Vanessa Casullo, Esquire

cc: Robert Holt



**STATE OF FLORIDA**
**JUDICIAL QUALIFICATIONS COMMISSION**
1110 THOMASVILLE ROAD
TALLAHASSEE, FLORIDA 32303-6224
(850) 488-1581

October 7, 2008

Mr. Robert Holt
805 NE 2nd Ct
Boynton Bch, FL 33435

### Re: Complaint No. 08425

Dear Mr. Holt:

The Commission has completed its review of your complaint dated September 3, 2008 and has determined, at its meeting held on October 3, 2008, that there is insufficient evidence of judicial misconduct within the jurisdiction of the Commission to warrant further consideration or review. More specifically, your concerns are matters more appropriately reviewed through the appellate system.

The purpose of the Commission is to determine the existence of misconduct and disability as defined by the Constitution and the laws of the State of Florida. If such misconduct or disability is found, the Commission can recommend disciplinary action to the Florida Supreme Court. The Commission has found no basis for further action on your complaint which therefore has been dismissed.

Sincerely yours,

Michael L. Schneider
General Counsel

MLS/bsk

Duplicate
Copy

Robert Holt
805 N.E. 2nd Ct
Boynton Beach Fl.
33435-3164
Ph. 561-742-5468
Feb. 2nd, 2009



FELONY

2009 FEB __ AM 8:53

HOWARD C.
CLERK, CIRCUIT COURT
BROWARD COUNTY, FL

Re: no. 08-9559CF10

To: James Richard Dunn, Esq.
Office of the Public Defender
Broward county coarthouse
201. S.E. 6th street Room 3881
Fort Lauderdale Fl. 33301

Dear MR. Dunn.
With all due Respect Please take notice that
the undersigned will bring a complaint against all
involve with reference to actions for malicious pro-
secution, a "colorable cause or invocation of Jurisdiction"
means that a person apparently qualified, has appeared be-
fore a Justice and made a complaint under oath and
in writing, stating some facts which in connection with
other facts constitute a criminal offense or bear a
similitude thereto. Under color of office, see also color
of Law. Robert Holt has stated substantial federal
claim in alleging that arrest without warrent or
probable cause was invalid under Fourteenth Amend-
ment and therefore rendered his imprisonment a deprivation
of Liberty Without due Process of Law. Direct Action
Lies against defendants' under due Process clause
of Fourteenth Amendment with Jurisdiction under
28 USCS §1331, and doctrine of respondeat Superior
is available to Robert Holt. see Anderson v. Chicago
(1977, ND Ill) 435 F SUPP 1229, revd without op-

Re: no. 08-9559CF10

(CCA7 Ill) 582 F2d 1284, see: also Civil Rights complaint pursuant to 42 U.S.C. § 1983 (Constitutional deprivation under color of state law) Federal district courts shall have original Jurisdiction of civil Actions arising under constitution, "law," or treaties of united states includes suits brought by state. Illinois v. milwaukee (1972) 406 US 91, 31 L Ed 2d 712, 92 SCt 1385, see other civil Rights statutes Private conduct under 42 U.S.C. § 1985(3) For conspiracy and 42 USC. § 1986 anyone who, having knowledge that [i § 1985 conspiracy is] about to be committed, and having power to prevent or Aid in preventing the commission of the same, neglects or refuses to do so, Therefore For all the reasons mentioned herein Robert Holt Demand that this case be Dismissal immediate. Or in the Alternative Charges will File Pursuant to Fed R.crim. P 34

Respectfully submitted
Robert Holt
Robert Holt PRO se
805 N.E. 2nd Ct.
Boynton Beach Fl 33435-3164
Ph. 5611 742-5468

See also § H-3.3 Rules Rules Regulating the Florida Bar. Like the code of Professional Responsibility, the Canons of Ethics. § 4-3.4 Rules Regulating the Florida Bar. § 4-3.5 (a), (b) and (c) Rules Regulating the Florida Bar, See Attached copy United states Constitution and Robert Holt Copy state constitution of Florida

cc: state Atty

*Exhibit - 16 (13)*

# UNITED STATES CONSTITUTION

1498

[3] The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Quaification to any Office or public Trust under the United States.

## ARTICLE VII

The Ratification of the Conventions of nine States shall be sufficient for the Establishment of this Constitution between the States so ratifying the Same.

ARTICLES IN ADDITION TO, AND AMENDMENT OF, THE CONSTITUTION OF THE UNITED STATES OF AMERICA, PROPOSED BY CONGRESS, AND RATIFIED BY THE LEGISLATURES OF THE SEVERAL STATES PURSUANT TO THE FIFTH ARTICLE OF THE ORIGINAL CONSTITUTION.

## AMENDMENT I [1791]

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

## AMENDMENT II [1791]

A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

## AMENDMENT III [1791]

No Soldier shall, in time of peace be quartered in any house, without the consent of the Owner, nor in time of war, but in a manner to be prescribed by law.

## AMENDMENT IV [1791]

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

## AMENDMENT V [1791]

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

## AMENDMENT VI [1791]

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him;

2

**1499**                    **UNITED STATES CONSTITUTION**

to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

## AMENDMENT VII [1791]   *appeals   magistrate*

In Suits at common law, where the value in controversy shall exceed twenty dollars. the right of trial by jury shall be preserved, and no fact tried by jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

## AMENDMENT VIII [1791]

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

## AMENDMENT IX [1791]

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

## AMENDMENT X [1791]

The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.   *Citizen*

## AMENDMENT XI [1798]                                    *title II*

The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State.

## AMENDMENT XII [1804]

The Electors shall meet in their respective states and vote by ballot for President and Vice-President, one of whom, at least, shall not be an inhabitant of the same state with themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice-President, and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice-President, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the President of the Senate:—The President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted;—The person having the greatest number of votes for President, shall be the President, if such number be a majority of the whole number of Electors appointed; and if no person have such majority, then from the persons having the highest numbers not exceeding three on the list of those voted for as President, the House of Representatives shall choose immediately, by ballot, the President. But in choosing the President, the votes shall be taken by states, the representation from each state having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the states, and a majority of all the states shall be necessary to a choice. And if the House of Representatives shall not choose a President whenever the right of choice shall devolve upon them before the fourth day of March next following, then the Vice-President shall act as President, as in the case of the death or other constitutional disability of the President.—The person having the greatest number of votes as Vice-President, shall be the Vice-President, if such number be a majority of the whole number of Electors appointed, and if no person have a majority, then from the two highest numbers on

the list, the Senate shall choose the Vice-President; a quorum for the purpose shall consist of two-thirds of the whole number of Senators, and a majority of the whole number shall be necessary to a choice. But no person constitutionally ineligible to the office of President shall be eligible to that of Vice-President of the United States.

## AMENDMENT XIII [1865]



Section 1. Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

Section 2. Congress shall have power to enforce this article by appropriate legislation.

## AMENDMENT XIV [1868]



*enforcement*

Section 1. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

Section 2. Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice President of the United States, Representatives in Congress, the Executive and Judicial officers of a State, or the members of the Legislature thereof, is denied to any of the male inhabitants of such State, being twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State.

Section 3. No person shall be a Senator or Representative in Congress, or elector of President and Vice President, or hold any office, civil or military, under the United States, or under any State, who having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.

Section 4. The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any State shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

Section 5. The Congress shall have power to enforce, by appropriate legislation, the provisions of this article.

## AMENDMENT XV [1870]



Section 1. The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of race, color, or previous condition of servitude.

*Exhibit-17*          *Exhibit 17*

## STATE CONSTITUTION

Acquisition of Florida by the U.S. from Spain in 1819 ended a 300-year period during which Florida was an international pawn among nations striving for control of the Gulf of Mexico and Atlantic sea-lanes. Under U.S. rule the territory developed rapidly, and by 1837 its legislative council authorized an election to determine popular opinion on statehood. The idea was approved and the historic Constitutional Convention of 1838 was called to meet in St. Joseph.

Major features of the document limited the vote to white males over 21 years of age who were enrolled in the state militia, and the decision to elect, by popular vote, 17 senators and 41 representatives, with the governor the only state executive officer to be elected by the people.

Congress admitted Florida to the Union in 1845. To keep a balance between slave and free states, Iowa, a free state, was admitted at the same time as Florida, a slave state.

In 1861, Florida seceded from the Union, the third southern state to do so after the outbreak of the War Between the States. When the war ended, President Andrew Johnson set up a provisional government in Florida. Its appointed governor, William Marvin, called for a constitutional convention in 1865. The 1865 constitution promptly annulled the state's secession ordinance but contained provisions that still harbored discrimination against Negroes. As a result, Congress refused to seat the Florida congressional delegation and reinstituted military rule in Florida and several other southern states whose constitutions were not acceptable.

To free the state from such rule, Floridians called another constitutional convention for 1868. This constitution, sometimes referred to as the Carpetbagger's Constitution, extended voting privileges to all males 21 and older, including Negroes. This proviso, along with others more acceptable to politicians in Washington, earned Congressional approval. Florida was once again in the Union and had its civil government restored.

By the mid-1880s, economic and political factional disputes developed within the state and another constitution, the 1885 Constitution, was drafted and enacted. It represented a compromise between the necessities of the times and the political philosophy of the Old South. But, with most of the state's population in the northern counties, the document was conceived primarily with the problems of the north Florida agricultural area in mind.

Amended over the years, the 1885 Constitution got its last thorough revision in 1968. This revision was brought about in part by Florida's tremendous urban growth in middle and south Florida following World War II, making necessary reapportionment of the state legislature. The 1968 Constitution requires that reapportionment take place after each 10-year federal census, it allows the governor to succeed himself if he has not served more than six years, and it keeps the state's unique elected cabinet system. The state continues to operate under this revised 1885 Constitution.



NAL
5
nal Districts
ngle-member
according to
the Florida
ressmen are
s.

## PREAMBLE

We, the people of the State of Florida, being grateful to Almighty God for our constitutional liberty, in order to secure its benefits, perfect our government, ensure domestic tranquility, maintain public order, and guarantee equal civil and political rights to all, do ordain and establish this constitution.

## ARTICLE I
## DECLARATION OF RIGHTS

SECTION 1. **Political power**—All political power is inherent in the people. The enunciation herein of certain rights shall not be construed to deny or impair others retained by the people.

SECTION 2. **Basic rights**—All natural persons are equal before the law and have inalienable rights, among which are the right to enjoy and defend life and liberty, to pursue happiness, to be rewarded for industry, and to acquire, possess and protect property; except that the ownership, inheritance, disposition and possession of real property by aliens ineligible for citizenship may be regulated or prohibited by law. No person shall be deprived of any right because of race, religion or physical handicap.

SECTION 3. **Religious freedom**—There shall be no law respecting the establishment of religion or prohibiting or penalizing the free exercise thereof. Religious freedom shall not justify practices inconsistent with public morals, peace or safety. No revenue of the state or any political subdivision or agency thereof shall ever be taken from the public treasury directly or indirectly in aid of any church, sect, or religious denomination or in aid of any sectarian institution.

SECTION 4. **Freedom of speech and press**—Every person may speak, write and publish his sentiments on all subjects but shall be responsible for the abuse of that right. No law shall be passed to restrain or abridge the liberty of speech or of the press. In all criminal prosecution and civil actions for defamation the truth may be given in evidence. If the matter charged as defamatory is true and was published with good motives, the party shall be acquitted or exonerated.

SECTION 5. **Right to assemble**—The people shall have the right peaceably to assemble, to instruct their representatives, and to petition for redress of grievance:

SECTION 6. **Right to work**—Th right of persons to work shall not b denied or abridged on account c membership or non-membership i any labor union or labor organiz: tion. The right of employees, by an through a labor organization, to ba gain collectively shall not be denie or abridged. Public employees sha not have the right to strike.

SECTION 7. **Military power**—Tr military shall be subordinate to tr civil.

SECTION 8. **Right to bear arms**—The right of the people to keep ar bear arms in defense of themselv and of the lawful authority of the sta shall not be infringed, except that tr manner of bearing arms may be reg lated by law.

SECTION 9. **Due process**—No pe son shall be deprived of life, liberty property without due process of la or be twice put in jeopardy for tr same offense, or be compelled in a criminal matter to be a witness agair himself.

SECTION 10. **Prohibited law**—? bill of attainder, ex post facto law law impairing the obligation of co tracts shall be passed.

SECTION 11. **Imprisonment f debt**—No person shall be imprison for debt, except in cases of fraud.

SECTION 12. **Searches ar seizure**—The right of the people be secure in their persons, hous papers and effects against unreasc able searches and seizures, a: against the unreasonable intercepti of private communications by a means, shall not be violated. No w rant shall be issued except upon pro able cause, supported by affida particularly describing the place places to be searched, the person persons, thing or things to be seiz the communication to be intercept and the nature of evidence to obtained. Articles or informati

3

ORIDA ALMANAC

# ARTICLE I
# TION OF RIGHTS

to petition for redress of grievances.

SECTION 6. **Right to work**—The right of persons to work shall not be denied or abridged on account of membership or non-membership in any labor union or labor organization. The right of employees, by and through a labor organization, to bargain collectively shall not be denied or abridged. Public employees shall not have the right to strike.

SECTION 7. **Military power**—The military shall be subordinate to the civil.

SECTION 8. **Right to bear arms**—The right of the people to keep and bear arms in defense of themselves and of the lawful authority of the state shall not be infringed, except that the manner of bearing arms may be regulated by law.

SECTION 9. **Due process**—No person shall be deprived of life, liberty or property without due process of law, or be twice put in jeopardy for the same offense, or be compelled in any criminal matter to be a witness against himself.

SECTION 10. **Prohibited law**—No bill of attainder, ex post facto law or law impairing the obligation of contracts shall be passed.

SECTION 11. **Imprisonment for debt**—No person shall be imprisoned for debt, except in cases of fraud.

SECTION 12. **Searches and seizure**—The right of the people to be secure in their persons, houses, papers and effects against unreasonable searches and seizures, and against the unreasonable interception of private communications by any means, shall not be violated. No warrant shall be issued except upon probable cause, supported by affidavit, particularly describing the place or places to be searched, the person or persons, thing or things to be seized, the communication to be intercepted, and the nature of evidence to be obtained. Articles or information obtained in violation of this right shall not be admissible in evidence.

SECTION 13. **Habeas corpus**—The writ of habeas corpus shall be grantable of right, freely and without cost. It shall be returnable without delay, and shall never be suspended unless, in case of rebellion or invasion, suspension is essential to the public safety.

SECTION 14. **Bail**—Until adjudged guilty, every person charged with a crime or violation of municipal or county ordinance shall be entitled to release on reasonable bail with sufficient surety unless charged with a capital offense punishable by life imprisonment and the proof of guilt is evident or the presumption is great.

SECTION 15. **Prosecution for crime; offenses committed by children**—(a) No person shall be tried for capital crime without presentment or indictment by a grand jury, or for other felony without such presentment, or indictment or an information under oath filed by the prosecuting officer of the court, except persons on active duty in the militia when tried by courts martial; (b) When authorized by law, a child as therein defined may be charged with a violation of law as an act of delinquency instead of crime and tried without a jury or other requirements applicable to criminal cases. Any child so charged shall, upon demand made as provided by law before a trial in a juvenile proceeding, be tried in an appropriate court as an adult. A child found delinquent shall be disciplined as provided by law.

SECTION 16. **Rights of accused**—In all criminal prosecutions the accused shall, upon demand, be informed of the nature and cause of the accusation against him, and shall be furnished a copy of the charges, and shall have the right to have compulsory process for witnesses, to confront at trial adverse witnesses, to be heard in person, by counsel or both, and to have a speedy and public trial by impartial jury in the county where the crime was committed. If the county is not known, the indictment or information may change venue in two or more counties conjunctively and proof that the crime was committed in that area shall be sufficient; but before pleading the accused may elect in which of those counties he will be tried. Venue for prosecution of crimes committed beyond the boundaries of the state shall be fixed by law.

SECTION 17. **Excessive punishments**—Excessive fines, cruel or unusual punishment, attainder, forfeiture of estate, indefinite imprisonment, and unreasonable detention of witnesses are forbidden.

SECTION 18. **Administrative penalties**—No administrative agency shall impose a sentence of imprisonment, nor shall it impose any other penalty except as provided by law.

SECTION 19. **Costs**—No person charged with crime shall be compelled to pay costs before a judgment of conviction has become final.

SECTION 20. **Treason**—Treason against the state shall consist only in levying war against it, adhering to its enemies, or giving them aid and comfort, and no person shall be convicted of treason except on the testimony of two witnesses to the same overt act or on confession in open court.

SECTION 21. **Access to courts**—The courts shall be open to every person for redress of any injury, and justice shall be administered without sale, denial or delay.

SECTION 22. **Trial by jury**—The right of trial by jury shall be secure to all and remain inviolate. The qualifications and the number of jurors, not fewer than six, shall be fixed by law.

SECTION 23. **Right of privacy**—Every natural person has the right to be let alone and free from governmental intrusion into his private life except as otherwise provided herein. This section shall not be construed to limit the public's right of access to public records and meetings as provided by law.

Case 0:10-cv-60074-PCH Document 1 Entered on FLSD Docket 01/19/2010 Page 34 of 46

(1)          Exhibit - 18

## STATE GOVERNMENT

The state constitution declares that the powers of state government be divided into three separate and relatively independent branches—executive, legislative, and judicial. It is basically the same governmental system found at the national level and in all 50 states. But the application of this basic system is in some ways unique in Florida.

## EXECUTIVE BRANCH

This branch is charged with administration and enforcement of the state's laws. Part of the state's deviation from executive branches of other states is in Florida's cabinet system. Florida's constitution states that in addition to a governor and lieutenant governor "there shall be a cabinet composed of a secretary of state, an attorney general, a comptroller, a treasurer, a commissioner of agriculture, and a commissioner of education." The constitution not only declares that each of the cabinet members has basic powers and duties, but each also "shall exercise such powers and perform such duties as may be prescribed by law." That declaration, in effect, gives the cabinet officers powers equal to the governor.

At monthly meetings of the governor and cabinet, for example, the officials meet as equals on most matters. When the cabinet votes on an issue, each cabinet member, and the governor, has one vote. Sometimes, the governor, who is assigned "supreme executive powers" by the constitution, is outvoted by the other six cabinet members. One of the few times the governor cannot be outvoted is in the granting of pardons.

This method of operation violates a basic rule of government, that is, giving an elected official the authority to perform his or her duties and then holding that official fully responsible for such performance. Under the cabinet system, the governor is held responsible but does not have the authority nor the means to fulfill that responsibility. Nevertheless, Florida's system has operated successfully. At least, voters have not seen fit to change the system, although they have been asked to several times.

The governor and cabinet members are elected in even numbered years, between presidential elections. That was not always so. Before 1965, state officials were elected in the same year as presidents. But, when Floridians voted Republican in the national elections of 1952, 1956, and 1960, state Democrats feared that a landslide Republican presidential vote could ride Republicans into state offices. So they chose to change the year of election for state officials, thus divorcing campaigns of state officeholders from those surrounding the national election.

Term of office for the governor and cabinet officers is four years. Before the 1968 constitutional revision, the governor could serve but one term; now a governor may serve two terms in succession. Cabinet officers may be reelected for any number of years.

Voters in 1998 amended Florida's constitution to weaken the Cabinet system, making the Secretary of State and Commissioner of Education gubernatorial appointments and removing their cabinet status. They also voted to combine the offices of Comptroller and Treasurer /Insurance Commissioner into one position. The change will take effect in 2003, leaving the Cabinet made up of the Governor, the Commissioner of Agriculture, the Attorney General, and a chief financial officer.

(2)

## VERNMENT

at the powers of state government be
.vely independent branches—executive,
the same governmental system found a
But the application of this basic system

## VE BRANCH

system has operated successfully. At
least, voters have not seen fit to
change the system, although they
have been asked to several times.

The governor and cabinet mem-
bers are elected in even numbered
years, between presidential elections.
That was not always so. Before 1965,
state officials were elected in the
same year as presidents. But, when
Floridians voted Republican in the
national elections of 1952, 1956, and
1960, state Democrats feared that a
landslide Republican presidential
vote could ride Republicans into state
offices. So they chose to change the
year of election for state officials, thus
divorcing campaigns of state office-
holders from those surrounding the
national election.

Term of office for the governor and
cabinet officers is four years. Before
the 1968 constitutional revision, the
governor could serve but one term;
now a governor may serve two terms
in succession. Cabinet officers may be
reelected for any number of years.

Voters in 1998 amended Florida's
constitution to weaken the Cabinet
system, making the Secretary of State
and Commissioner of Education
gubernatorial appointments and
removing their cabinet status. They
also voted to combine the offices of
Comptroller and Treasurer /Insur-
ance Commissioner into one posi-
tion. The change will take effect in
2003, leaving the Cabinet made up of
the Governor, the Commissioner of
Agriculture, the Attorney General,
and a chief financial officer.

## THE GOVERNOR

The governor is responsible for the
day-to-day operations of the state and
is its chief law enforcement officer.
Heads of those departments for which
the governor is responsible are
appointed by the governor. The gov-
ernor also appoints heads of those
departments that are under both the
governor and cabinet, but at least
three of the other cabinet members
must agree to the appointment. The
governor also appoints individual
members of many regulatory boards
and commissions.

By executive order, the governor
may suspend from office any state or
county elected official who is not sub-
ject to impeachment. Grounds for
such suspension include malfeasance,
misfeasance, neglect of duty, drunk-
enness, incompetence, permanent
inability to perform duties, and com-
mission of a felony. The governor can-
not suspend the lieutenant governor,
cabinet members, nor judges of the
supreme court, appeals courts, or cir-
cuit courts; they can be removed only
by impeachment by the legislature.

The governor also has authority to
fill vacancies in county or state
elected offices that may occur
between elections.

## LIEUTENANT GOVERNOR

The 1968 revision of the constitu-
tion authorized the new position of
lieutenant governor. Duties were left
to the discretion of the governor and
legislature, with the only constitu-
tional chore being to assume the
office of governor should the office
become vacant due to death,
impeachment trial, or incapacity.

The lieutenant governor is elected
on the same ticket as the governor;
they run as a team.

## DEPARTMENTS DIRECTLY UNDER GOVERNOR'S CONTROL

Heads of departments that are the
direct reponsibility of the governor
commonly are called the "Little
Cabinet." They include:

**DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION:**
Licenses, examines, and investigates
complaints that have to do with estab-
lishing qualifications and skills for
various occupations such as barbers,
accountants, landscape architects,
engineers, osteopaths, chiropractors,
watchmakers, and so on. It is financed
not by taxes but by fees charged for
testing and licenses.

**DEPARTMENT OF CHILDREN
AND FAMILY SERVICES:** Handles
child abuse investigations, economic
assistance programs, and mental
health and substance abuse counsel-
ing. Created Jan. 1, 1997, from the
dismantled Department of Health
and Rehabilitative Services.

**DEPARTMENT OF ELDER AFFAIRS:**
Oversees the needs of and provides
services to the state's older population.

**DEPARTMENT OF ENVIRONMEN-
TAL PROTECTION:** Regulates and
monitors the state's environment, con-
cerning itself with prevention of air,
water, and land pollution, and enforc-
ing adopted rules and regulations.

**DEPARTMENT OF HEALTH:**
Heads the state's public health efforts
and regulates the health-care profes-
sion. Established Jan. 1, 1997 by the
legislature.

---

### THE BIG SEVEN

Nearly two-thirds of the state's new residents since 1955 moved to Florida
from New York, New Jersey, Ohio, Illinois, Pennsylvania, Michigan, and
Georgia.

Exhibit 18



HOWARD FINKELSTEIN
PUBLIC DEFENDER

Law Office of the
February 10, 2009
**PUBLIC DEFENDER**

SEVENTEENTH JUDICIAL CIRCUIT

BROWARD COUNTY

BROWARD COUNTY COURTHOUSE
201 S.E. 6TH STREET, ROOM 3881
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE (954) 831-8650
SUNCOM 454-8650
This Writer's Phone Number: (954) 831-8550

**State of Florida vs.  ROBERT HOLT**
Case No.:  08009559CF10A

Dear Mr. Holt,

I have received a correspondence from you dated February 2nd. It is a letter written to "Dear Mr. Dunn" and includes copies of the state and federal constitutions. I am writing to inquire whether or not this is your reply to my request for an affidavit you asked me to file as an attachment to my proposed motion to have Judge Towbin Singer recuse herself.

On January 12, we discussed moving before Judge Towbin Singer to have her recuse herself from this case. I explained you could file an affidavit stating legal grounds for recusal, and I handed you a piece of paper marked "affidavit" wherein you could state legal grounds and have it notarized. I talked you through the kinds of things you might alledge and you explained you understood. Last week, on February 4th, 5th or 6th I saw you in the lobby and you explained you had already dropped off an affidavit wherein you state your grounds to try to recuse Judge Towbin Singer. I told you that I had not received such an affidavit as of that date. In my inbox today I found a letter addressed to me. I will assume these are the grounds you wish to have Judge Towbin Singer recuse herself, that she is maliciously prosecuting you and violating your Fourteenth amendment rights under color of state law. I cannot file a motion to recuse the judge with these grounds. As a result I will not be filing my proposed motion. Do not hesitate to contact me to discuss this issue further. Additionally, you may use the affidavit form I provided you and allege legal grounds to have the judge recuse herself which I will attach to my motion.

Additionally I have received a packet labeled "affidavit" with copies of bond paperwork. This letter includes discussion of the Fourteenth amendment and your complaints made to the Florida Bar and the Judicial Qualifications Commission. It is not notarized. For both of these reasons, it is also legally insufficient to accompany my proposed motion for recusal.

Please note this has nothing to do with the motion I did file in your case challenging the stop as a violation of your fourth amendment rights. I will argue that motion before we go to trial. As of today, our next trial date is 2/26/09. I look forward to seeing you then.

Sincerely,

JAMES RICHARD DUNN, Esq.
Assistant Public Defender
(954) 831-8550

Exhibit -19



**STATE OF FLORIDA**
**JUDICIAL QUALIFICATIONS COMMISSION**

1110 THOMASVILLE ROAD
TALLAHASSEE, FLORIDA 32303-6224
(850) 488-1581

June 9, 2009

Mr. Robert Holt
805 NE 2nd Court
Boynton Beach, FL 33435-3164

Dear Mr. Holt:

Your letter dated June 8, 2009 has been received and reviewed. A review of our files indicates we corresponded with you in October 2008 concerning this matter, advising that the Commission found your grievances are matters for handling solely through the court system. Additionally, complaints filed with this Commission are constitutionally confidential. A subject judge is not made aware of a complaint and would not have knowledge of it from this office.

Sincerely,

Brooke S. Kennerly

Brooke S. Kennerly
Executive Director

BSK/mbs

*Exhibit 20*



# THE FLORIDA BAR

**JOHN F. HARKNESS, JR.**
**EXECUTIVE DIRECTOR**

**651 EAST JEFFERSON STREET**
**TALLAHASSEE, FL 32399-2300**

**(850) 561-5600**
**WWW.FLORIDABAR.ORG**

June 23, 2009

Mr. Robert Holt
805 NE 2nd Court
Boynton Beach, FL 33435--316

Re:   Scott M Janowitz ; RFA No. 09-23974

Dear Mr. Holt:

This will acknowledge receipt of your inquiry regarding Mr. Janowitz. After review of the content of your letter, it is unclear as to what assistance you request. Please submit detailed information describing the circumstances of your situation, copies of relevant documents, and a complete statement as to what assistance you seek.

Please provide the requested information by July 7, 2009 and use the above reference number on all correspondence with this office. If the requested information is not received by our office on the above date, this record may be closed.

Sincerely,

*Shaneé L. Clark*

Shaneé L. Clark, Bar Counsel
Attorney Consumer Assistance Program
ACAP Hotline 866-352-0707

*Exhibit 21*



# THE FLORIDA BAR

**651 EAST JEFFERSON STREET**
**TALLAHASSEE, FL 32399-2300**

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

**(850) 561-5600**
WWW.FLORIDABAR.ORG

June 23, 2009

Mr. Robert Holt
805 NE 2nd Court
Boynton Beach, FL 33435--316

Re:     Sue-Ann Nicole Robinson ; RFA No. 09-24020

Dear Mr. Holt:

This will acknowledge receipt of your inquiry regarding Ms. Robinson.  After review of the content of your letter, it is unclear as to what assistance you request.  Please submit detailed information describing the circumstances of your situation, copies of relevant documents, and a complete statement as to what assistance you seek.

Please provide the requested information by July 7, 2009 and use the above reference number on all correspondence with this office.  If the requested information is not received by our office on the above date, this record may be closed.

Sincerely,

Shaneé L. Clark, Bar Counsel
Attorney Consumer Assistance Program
ACAP Hotline 866-352-0707

Exhib. 7
22

# THE FLORIDA BAR

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FL 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

September 4, 2009

Mr. Robert Holt
805 Ne 2Nd Court
Boynton Beach, FL 33435--316

Re:    James Richard Dunn; The Florida Bar File No. 2009-51,521 (17I)

Dear Mr. Holt:

All correspondence and documents submitted in this matter have been carefully reviewed.

Mr. Dunn submitted his response and denies your allegations. The Florida Bar does not have jurisdiction over claims of ineffective assistance. For this reason, the filing of a Bar complaint will not affect the outcome of your criminal proceedings. In the case of The Florida Bar v. Rose, 823 So 2d 727 (Fla. 2002) the Supreme Court observed that in Bar disciplinary cases alleging incompetence, ineffective assistance of counsel alone is not sufficient unless the failure of counsel is sufficiently egregious to warrant disciplinary action. The court recognized its own holding in Jennings v State, 583 So 2d 316 (Fla, 1991) in which it held that in determining ineffective assistance  of counsel, the legal standard is not error-free representation, but reasonableness in all the circumstances. In Rose the Court also cited with approval the case of The Matter of Wolfram, 847 P2d 94 (AZ 1993) in which the Arizona Supreme Court stated "we decline to adopt a *per se* rule that successful post-conviction relief based on ineffective assistance of counsel automatically results in an ethical violation." Thus, a showing of ineffective assistance of counsel without a showing of egregious misconduct will not form a basis for disciplinary action.

Furthermore, the court held a Nelson hearing and determined that Mr. Dunn is effectively representing you. My review of this file reveals there is insufficient evidence from the materials provided that Mr. Dunn has violated any of the rules adopted by the Supreme Court of Florida which govern attorney discipline. Accordingly, continued disciplinary proceedings in this matter are inappropriate. The computer record will be purged and the file destroyed one year from the date of closing.

The Florida Bar File No. 2009-51,521 (17I)
September 4, 2009
Page 2

Sincerely,

Francisco-Javier P. Digon-Greer, Bar Counsel
Attorney Consumer Assistance Program
ACAP Hotline 866-352-0707

cc:     Mr. James Richard Dunn



**BROWARD SHERIFF'S OFFICE
PRETRIAL SERVICES PROGRAM**

## DRUG SCREENING RESULTS

Date __1/12/10_____ Case # _____

Defendant __Robert Holt_____

Officer __Lisa Rhodes_____

Collection Witness __Curtis Bradshaw_____

Test time ___8:35_____ (AM) PM  (circle one)

| .000 PANELS | Alcohol reading | |
|---|---|---|
| | POSITIVE | NEGATIVE |
| Amphetamines | | ✓ |
| Barbiturates | | |
| Benzodiazepines | | |
| Cocaine | | |
| ~~Ecstasy~~ PCP | | ✓ |
| Marijuana | | ✓ |
| Methamphetamines | | ✓ |
| Morphine | | |
| Opiates | | |
| Oxycodone | | ✓ |

Sent to lab for confirmation

YES          NO

_Robert Holt_
Signature of Defendant

_Lisa Rhodes_
Pretrial Officer

# Urine Drug Test
laboratory test requisition

Client ID: 21229

**URINE TEST REQUISITION**

Drug Testing Center - BSO - Pretrial Release

## URINE DRUG SCREEN TYPE

- [ ] Pre-Employment
- [ ] Post-Accident
- [ ] Periodic Medical
- [ ] Reasonable Cause
- [x] Random
- [ ] Baseline
- [ ] Other

Chain of Custody: [x] Yes  [ ] No

Specimen temperature within range: [x] Yes, 90°-100°F (32°-38°C)   [ ] No, record specimen temperature here _____

## LABELING AND TESTS ORDERED

**Label usage example**

1. Tighten cap.
2. Place security seal across lid as shown.
3. Place patient I.D. label around bottle as shown.

↓ PEEL OFF

**Security Seal**   (Donor's Initials)

**REDWOOD TOXICOLOGY LABORATORY**

Redwood Toxicology Laboratory // P.O. Box 5680  Santa Rosa, CA 95402  // Laboratory phone: 800-255-2159

[ ] R37 Screen 10-Alc     [ ] R17 SCREEN 3     [ ] POB Screen 5

[ ] 09B Oxycontin ($5.00)  [ ] 047 ETG     [ ] Referral Source:_____

[ ] Other:_____         Collector:_____

Patient ID:_____         Collection Date:_____

Reqs 900188  621229  Drug Testing Center - BSO - Pretrial

→ PEEL OFF

## DONOR CERTIFICATION (To be completed by donor)

I certify, that I provided my urine specimen to the collector and that I have not adulterated it in any manner. The specimen was sealed in my presence with a tamper-evident seal and the information provided on this form and on the label affixed to the specimen tube is correct. I authorize Redwood Toxicology Laboratory to perform the tests listed and to release the results of this test to: 21229 Drug Testing Center - BSO - Pretrial Release

Donor's signature:

Donor's name as listed above (please print):

Donor's ID (SSN OR DL #):

## COLLECTOR VERIFICATION (To be completed by collection station personnel)

I certify, that this specimen was collected from the above person following established protocols, and the specimen has been properly sealed and labeled.

Collector's signature:

Date and time of collection: ___/___/_____  ___:___  [ ] AM [ ] PM

Collector's name as listed above (please print):

Collection site phone: ___ - ___ - ___

## RECEIVING (To be completed by laboratory):

Specimen received by:

Date received:

Seal intact? [ ] Yes [ ] No

Labels match? [ ] Yes [ ] No



REDWOOD TOXICOLOGY LABORATORY

3650 Westwind Blvd.  Santa Rosa, CA 95403  //  Laboratory: 800-255-2159  //  Screening Devices: 877-444-0049
Local: 707-577-7959  //  Fax: 707-577-0365  //  www.redwoodtoxicology.com

11 000 3207 REV1

3-PART FORM   3 of 3 CLIENT COPY

Duplicate To: Mr. Michael J. Satz,
Copy     State Attorney of the seventeenth
          Judicial Circuit of Florida.
          Broward County Central Courthouse
          201 S.E. 6th Street
          Fort Lauderdale, Fl. 33301-3395
          December 29, 2009



FELONY
2009 DEC 28  AM 8: 23
A TRUE Copy

          Re: State of Florida, VS Robert
              Holt, Case no. 08-9559 CF10A

Dear Mr. Satz,
  With All due Respect, Please take this drafted material as a Damage
Proposal For DAMAGES against the named defendant's Mr. David
Weigel, Scott Janowitz, Sue Ann Nicole Robinson, Ramon Alejandro Blanco
Herrera, Howard Finkelstein, Frank De La Torre, James Richard
Dunn, Lisa Rhodes, Michele Towbin-Singer, mayor Ken Keechl; See:
Latino Political Action committee, Inc. V. Boston (1984 DC
mass) 581 F Supp 478. Et al. " in his/her Individual (or Personal Capacity
and Official Capacity.)
  My Final decision at this time is to bring before you this
matter Pro Se ---- Amount shall be Paid by Cashiers Check to Robert Holt
Come Now I, Robert Holt Jr. in the above caption and states
the Following as a Demand in the Amount of ($ 50. 000,000.
Fifty million Dollars)    For the Following Reasons:
(1) The above Demand is Reasonable.
(2) it will cost the Defendant(s) more to Litigate this case
Further into trial. Plaintiff is a Senior Citizen over 60 being Victimized.
(3) The above amount Demand For is not even considering the damages
Plaintiff suffered in illegal treatment From MAY 20, 2008
to Present Date, and still Suffering see: Cruel and unusual-
Punishment Estelle v. Gamble, 429 U.S. 97, 104-05 97 S.ct. 285 (1976)
                    Cont'd

RECEIVED
STATE ATTORNEY
2009 DEC 28  AM 8: 23

Re: State of Florida vs. Robert Holt

Case no. 08-9559(F10A

Also Eighth and Fourteenth Amendments u.s.c. Amends. 8, 14.
see: Direct action Lies against defendant city under due Process clause
of Fourteenth Amendment with Jurisdiction under 28 USCS § 1331,
and doctrine of respondeat Superior is available to Plaintiff.
Anderson v Chicago (1977, ND Ill) 435 F supp 1229, Revd with-
out of (CA7 Ill) 582 F 2d 1284, see also Matthew v. District of
Columbia, 387 A. 2d 731 (D.C.Ct. App. 1978 (common-Law Tort Case).
(4) the aforesaid mentioned Demand is reasonable because it does
not include Plaintiffs'(1) Bill of Private Nuisance, (2) malpractice
of Lawyers who fail to observe the rules of Professional Conduct-
Violation of the Canon of Professional Ethics, § 4-3.3 Fla. Bar Rules.
(3) searches and seizures without Probable Cause (4) compelled in Any
criminal Act deprived of Liberty without Jurisdiction.(5) involuntary
servitude with out Jurisdiction (6) State of Florida Constitution Article I
Filed March 9, 2008 and the United States Constitution. Furthermore,
the courts hold that Mental and emotional distress is an injury
For which damage can be awarded Mary and Crystal vs. Ramsden,
(635 F. 2d 590, 600 (7th cir. 1980) Rhodes vs. Robinson 612 F. 2d
766 (3d cir. 1979) Baskin vs. Parker, 602 F. 2d. 1205, 1209 (5th cir 1979,
moreover there is no Remedy at Law, that can cure the above
mentioned, and more, that have been inflicted unconstitutionally
on Plaintiff. Demand in this case for $ 50,000.000.(Fifty
million Dollars). is not unreasonable. if this Demand is not
accepted within 10 days I Robert Holt. Jr. the Plaintiff
in the above mentioned will deem this Demand as Waived and
will move the United States courts For Prohibition, mandamus and
a Writ of Quo Warranto will Follow; see: state Ex rel. Landis v.
Prevatt, 110 Fla. 29, 148 So. 578 (1933). see: also § 80.01 F.S.A; stat rel.
Lilienthal V. Herndon, 23 Fla 287, 2 So. 4 (1887). See: Ultra Vires
Cont'd

Re: State of Florida vs. Robert Holt
Case No. 08-9559 CF 10 A

## Verification

Under penalty of perjury under _Federal_ and _state_ Law Plaintiff, I Robert Holt, Jr. swears and deposes that he is the original draftee of this Demand and knows the contents thereof and that the same are true and correct of his own knowledge except as to the information therein stated to be Alleged information and belief, and as to those matters he believes to be true.

Signed: _Robert Holt Jr._

## Certificate of Service

This is to certify that I have this date served the foregoing Demand to MR. Michael J. Satz State Attorney Seventeenth Judicial circuit of Florida Broward County central courthouse 201 S.E. 6th Street. Fort Lauderdale Fl. 33301-3595, Howard Finkelstein Broward County courthouse 201 S.E. 6th Street, Room 3881 Ft. Lauderdale Florida 33301, Office of the Attorney General civil rights Division 110 S.E. 6th Street 10th Floor Fort Lauderdale, Fl. 33301 Prior to Filing the same with the clerk of the court this _28th_ day of _December_ 2009.

CC: Previously served on U.S. AG. Holder

Also See: _Norton V. United States_ supra note 80. The (FTCA) makes the Federal Government Liable under the doctrine of _respondeat-Superior_ see: _Carlson V. Green._ Supra note 42, at 23; _Norton V. Turner._ 427 F. Supp. 138. 146-47 (E.D. VA. 1977) rev'd on other other grounds sub nom. _Norton V. United States,_ 581 F. 2d 390 (4th cir. 1978). Cert. Denied. 439 U.S 1003 (1978).

_Robert Holt Jr._
Robert Holt, Jr.
805 N.E. 2nd Ct.
Boynton Beach Fl. 33435-3164
Ph. 561-742-5468