UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-60074 -CIV-HUCK/O'SULLIVAN

ROBERT HOLT, JR.,

    Plaintiff,

v.

BARACK OBAMA, et al.,

    Defendants.

_____/

**ORDER REQUIRING AMENDED COMPLAINT,
VACATING ORDER GRANTING MOTION TO PROCEED
*IN FORMA PAUPERIS* AND INSTRUCTIONS TO *PRO SE* LITIGANT**

This matter is before the Court upon receipt of a document by *pro se* Plaintiff Robert Holt, Jr. (Doc. 10), filed on February 2, 2010. The document is titled "Plaintiff Robert Holt Jr. Oppose Dismissal of This Case With a Brief Explanation Why This Complaint Should Not Be Dismissed." It appears that Plaintiff filed this document in response to Judge White's Order Requiring Amended Complaint (Doc. 6), entered on January 27, 2010. The Court has reviewed Plaintiff's filing, and has determined it does not comply with Judge White's order. Specifically, the document filed by Plaintiff does not accord with paragraphs 2, 3, 4, and 5 of Judge White's order, which state that:

> 2. The amended complaint must be labeled Amended Complaint and must show Case No.10-60074-Civ-Huck, so that it will be filed in this case.
>
> 3. The amended complaint must contain a separate paragraph as to each defendant explaining what that defendant did and the supporting facts to show why that person is being sued.
>
> 4. The plaintiff must include the outcome of the state case which is the subject of this complaint, 08-9559 CF 10A.
>
> 5. The amended complaint must include all allegations against every defendant and must state all relief which is sought; it cannot just add to the original complaint. This is because the amended complaint will become the only active complaint in the case. Nothing in the original complaint will be considered after the amended complaint is filed.

It is therefore ORDERED AND ADJUDGED that Plaintiff shall file an amended complaint which complies with paragraphs 2 through 5 of Judge White's Order (Doc. 6) on or before **March 10, 2010**. The Court emphasizes that Plaintiff may not "relate back" or refer to his earlier filings as he does in his most recent filing. Rather, the amended complaint must be a self-contained document which completely lays out the factual allegations as to each defendant and specifies what relief is sought. Plaintiff's failure to file an amended complaint complying with these requirements by the deadline set forth above will result in the dismissal of his case.

It if further ORDERED that Judge White's paperless order (Doc. 5) granting Plaintiff's motion to proceed *in forma pauperis* (Doc. 3) is VACATED. The Court will reconsider Plaintiff's motion when the amended complaint is filed.

The Court also notes that Plaintiff is a *pro se* litigant. *Pro se* litigants, like all litigants, must comply with the rules of civil procedure and the Court's orders. It is therefore ORDERED that Plaintiff shall comply with all Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida. The Local Rules can be obtained from the Clerk of the Court. Failure to comply with the federal and local rules may result in sanctions being imposed against the *pro se* litigant. Some of the requirements of these rules are as follows:

1. Every pleading, motion, memorandum or other paper required and/or permitted to be filed with the Court must be filed directly to the Clerk of the Court. No letters, pleadings, motions or other documents may be sent directly to the District Judge or Magistrate Judge's chambers. Any papers improperly submitted directly to chambers will be returned and disregarded by the Court.

2. All papers filed must include the case style, case number, and appropriate title in the format required by the Local Rules. *See* Sample Form Following Local Rule 5.1. The signature block of each pleading must also contain the *pro se* litigant's name, address, telephone number, and telephone number for receiving orders by facsimile, if available. All motions must comply with Local Rule 7.1, and be accompanied by proposed orders.

3. All papers filed with the Clerk of Court must also be served on the opposing counsel, or the opposing side if the opposing side is not represented by counsel. Each filing must include a certificate of service indicating the name and address of the attorney served.

4. Litigants must <u>promptly</u> notify the Court of any change in address or telephone number

by filing a Notice of Change of Address, which also must be served on opposing counsel. Failure to promptly notify the Court of any change in address may result in dismissal of the case for lack of prosecution.

5. Motions to Dismiss and Motions for Summary Judgment are dispositive motions which, if granted, could resolve the case in its entirety. A *pro se* litigant who wishes to oppose these motions must respond in writing within the time periods provided by the rules of procedure.

6. Any litigant and his or her family, friends, or acquaintances may not call the Judge's chambers for legal advice about the case. Brief case status information contained on the docket sheet may be available from the Clerk of Court.

7. A *pro se* plaintiff bears responsibility for actively pursuing his or her case and must obtain any essential discovery, file all necessary pleadings and motions, comply with all scheduling orders, and prepare the case for trial. <u>This responsibility includes promptly effecting service of process upon each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.</u> Rule 4(m) of the Federal Rules of Civil Procedure provides that "[i]f service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time . . . ." If a *pro se* plaintiff does not timely serve the complaint on a defendant, the case will be dismissed with respect to that defendant.

DONE AND ORDERED in Chambers at Miami, Florida, February 8, 2010.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
Robert Holt, Jr.,
805 N. E. 2ND CT
Boynton Beach, FL 33435-3164
PRO SE