UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-60074 -CIV-HUCK/WHITE

ROBERT HOLT, JR.,

    Plaintiff,

v.

BARACK OBAMA, et al.,

    Defendants.
_____/



## ORDER ON REPORT & RECOMMENDATIONS

    This matter is before the Court upon a Report and Recommendation from Magistrate Judge Patrick A. White (Doc. 17, filed February 26, 2010). Judge White recommends that Plaintiff Robert Holt, Jr.'s *pro se* civil rights complaint under 42 U.S.C. § 1983 be dismissed. Judge White found that the complaint failed to state a cause of action, that review was barred under the federal absention doctrine, and that most of the defendants were immune from damages under § 1983. The plaintiff has not filed objections within the period required by law. The Court has reviewed *de novo* the Report and Recommendation, the record, and is otherwise duly advised.

    The plaintiff is complaining the he was arrested without a warrant or probable cause for driving under the influence by Deputy Lyden (who plaintiff claims was not certified at the time of the arrest) and Deputy Grady. Subsequently the state attorney filed an information for felony driving under the influence with a permanently revoked license. That case is pending in state court.

    Nineteen defendants are named in the amended complaint. They are:

1.     Barack Obama, the President of the United States;
2.     Eric Holder, the Attorney General of the United States;
3.     Charlie Crist, the Governor of the State of Florida;
4.     Bill McCollum, the Attorney General of the State of Florida;
5.     Ken Keechi, the Mayor of Broward County;
6.     Michael Satz, the State Attorney for Broward County;
7-10.     Assistant State Attorneys Scott Janowitz, Sue Ann Nicole Robinson, Ramon Herrera, and David Weigel;

11-12. Howard Finkelstein, the Chief Public Defender for Boward County, and Assistant Public Defender Frank De La Torre;

13. Judge Michele Towbin-Singer of Florida's Seventeenth Judicial Circuit;

14. Pretrial Manager Debra A. Lesnaik;

15. Supervision Specialist for the Pretrial Division Lisa Rhodes;

16. James R. Dunn, the plaintiff's court appointed attorney;

17-18. Deputies Mitchell Lyden and Charles Grady; and

19. The United States Attorney in Broward County.

The complaint demands $50 million and injunctive relief. As an initial matter, the Court takes judicial notice that the complained of conduct is the subject of an ongoing criminal prosecution in Broward County Circuit Court. No. 08-9559 CF 10A. A district court may take judicial notice of public records, such as court documents, in deciding whether to dismiss an action. *See Stahl v. U.S. Dep't of Agric.*, 327 F.3d 697, 700 (8th Cir. 2003); *United States v. Jones*, 29 F.3d 1549, 1553 (11th Cir. 1994).

The Court cannot issue an injunction because that relief is barred by the Anti-Injunction Act, 28 U.S.C. § 2283. Moreover, under the abstention doctrine of *Younger v. Harris*, 401 U.S. 31 (1971), and *Heck v. Humphrey*, 512 U.S. 477 (1994), federal courts must abstain from deciding matters that would substantially interfere with or prejudice pending criminal proceedings in state court. Such would be the case here if the Court were to resolve the plaintiff's § 1983 claims.

Accordingly, the Court adopts the findings of fact and conclusions of law as stated in the Report and Recommendation (Doc. 17), and further ORDERS that:

The claims against President Obama, Attorneys General Holder and McCollum, Governor Crist, and Mayor Keechi are DISMISSED WITH PREJUDICE. As stated in the Report, even in the absence of mandatory abstention, these defendants cannot be held vicariously liable in a § 1983 action, nor can they be liable under *respondeat superior*.

The claims against the public defenders and plaintiff's defense attorney are DISMISSED WITH PREJUDICE, as these defendants do not act under color of state law.

The claims against the state attorneys and the U.S. attorney are DISMISSED WITH PREJUDICE because prosecutors are immune from suits for damages under § 1983. *See Imbler v.*

*Pachtman*, 424 U.S. 409 (1976).

The claims against Judge Towbin-Singer are DISMISSED WITH PREJUDICE. Judges are also immune under § 1983 for judicial acts within their jurisdiction.

The remaining claims are DISMISSED WITHOUT PREJUDICE under *Younger* and *Heck* and for failure to state a claim upon which relief may be granted. The plaintiff is cautioned, however, that during the entire pendency of judicial proceedings in state court, the Court will be not be able to consider his claims.

The Clerk of the Court is directed to CLOSE THIS CASE and deny any pending motions as moot.

DONE AND ORDERED in Chambers, at Miami, Florida, March 26, 2010.

Paul C. Huck
United States District Judge

Copies furnished to:

Magistrate Judge White

Robert Holt, Jr.,
805 N. E. 2ND CT
Boynton Beach, FL 33435-3164
PRO SE